| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>(Poughkeepsie Division) | Hearing date:    November 28, 2012<br>Hearing time:    9:00 a.m. |

-------------------------------------------------x

In re:

    Arnold Goldenberg,                              Case No. 12-37122 (CGM)
                                                                   Chapter 7

                              Debtor.

-------------------------------------------------x

## NOTICE OF HEARING, NOTICE OF MOTION
## AND MOTION FOR (1) DISMISSAL OF CHAPTER 7
## CASE AND (2) EXTENSION OF TIME TO OBJECT
## TO THE DISCHARGE OF THE DEBTOR(S)

     **NOTICE IS HEREBY GIVEN** that the United States Trustee has scheduled a hearing pursuant to 11 U.S.C. § 707(a) to consider dismissal of the Chapter 7 petition filed by the debtor and an extension of time to object to the debtor's discharge.   The hearing will be held before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, on **November 28, 2012 at 9:00 a.m.** at the United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York 12601.

     **PLEASE TAKE FURTHER NOTICE** that responsive papers, with proof of service, shall be filed with the Clerk of the Court, with courtesy copies delivered directly to the Bankruptcy Judge's chambers and served on the United States Trustee at 74 Chapel Street, Suite 200, Albany, New York 12207 so as to be received at least seven days before the hearing.   *If the debtor does not appear at the hearing on this motion, it may be granted on default.*

Dated: November 1, 2012                                         VITO GENNA
                                                                            CLERK OF THE COURT

     **UPON** the affirmation of the Chapter 7 trustee, the United States Trustee hereby moves for an order dismissing the above-captioned Chapter 7 case, and for an extension of time to object to the debtor's discharge for the unexcused failure of the debtor to appear on September 13, 2012 and October 1, 2012 at the meeting of creditors mandated by 11 U.S.C. § 341(a).   In the absence of the examination of the debtor, the trustee is unable to effectively administer the case.

Dated: November 1, 2012                                         TRACY HOPE DAVIS
                                                                            UNITED STATES TRUSTEE

                                                                            By:   /s/ Eric J. Small
                                                                            Eric J. Small, Trial Attorney
                                                                            Office of the United States Trustee
                                                                            74 Chapel Street - Suite 200
                                                                            Albany, NY 12207