**UNITED STATES BANKRUPCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**In re:**

                                                      **Chapter 7**

      **Arnold Goldenberg,**                          **Case No. 12-37122**

                          **Debtor(s)**
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER DISMISSING CASE FOR FAILURE TO ATTEND SEC.341 MEETING**

   The debtor(s) Arnold Goldenberg, debtor, having failed to attend the Sec. 341

Meeting scheduled for 9/13/12 and subsequent adjournment on 10/1/2012, and after
hearing held on 11/28/2012 pursuant to a motion by

the U.S. Trustee, and the debtor having failed to respond to said Motion, it is

     **ORDERED** that the case of Arnold Goldenberg is hereby dismissed.


Dated: Poughkeepsie, New York
      December 10, 2012

                      /s/ Cecelia G. Morris
                 CHIEF UNITED STATES BANKRUPTCY JUDGE