**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Arnold Goldenberg                           CASE NO.: 12−37122−cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 7
xxx−xx−6511

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 7 case.

Arnold Goldenberg was dismissed from the case on December 10, 2012 .

Dated: December 10, 2012                           Vito Genna
                                                    Clerk of the Court

```
                      United States Bankruptcy Court
                       Southern District of New York

In re:                                              Case No. 12-37122-cgm
Arnold Goldenberg                                   Chapter 7
       Debtor
                          CERTIFICATE OF NOTICE

District/off: 0208-4      User: aaustin        Page 1 of 2         Date Rcvd: Dec 10, 2012
                          Form ID: 131         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2012.
db           Arnold Goldenberg,    92 Krieger Blvd,   Woodridge,    UNITED STATES
smg         +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,   Albany, NY 12201-0551
smg         +United States Attorney's Office,    Southern District of New York,
              Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,   New York, NY 10007-1825
5954397     +Azure Condominium Association Inc,    Eisinger, Brown, Lewis, Frankel & Chaiet,
              4000 Hollywood Blvd,    Suite 265 South,   Hollywood, FL 33021-6782
5946328     +Bank of America, NA,    c/o Rosicki, Rosicki & Associates, PC,    51 E. Bethpage Road,
              Plainview, NY 11803-4224
5928787     +Bruce Perlmutter, Esq.,    Co/ Fallsburg Lumber,   51 Broadway,    Woodridge, NY 12789-5532
5928788     +DENNIS J EISINGER, ESQ.,    Eising, Brown, Lewis, Frankel & Chaiet P,    presidential Circle,
              4000 Hollywood Boulevard,    Suite 265 South,   Hollywood, Florida 33021-6782
5949259     +NATIONSTAR MORTGAGE LLC,    FEIN, SUCH & CRANE, LLP,    7 CENTURY DRIVE, SUITE 201,
              PARSIPPANY, NEW JERSEY 07054-4673
5934213     +Nationstar Mortgage,    PO Box 829009,   Dallas, TX 75382-9009
5939199      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         +E-mail/Text: ustpregion02.pk.ecf@usdoj.gov Dec 10 2012 19:17:32      Eric J. Small,
              Office of the United States Trustee,    74 Chapel Street, Suite 200,   Albany, NY 12207-2121
tr          +EDI: QTGENOVA.COM Dec 10 2012 19:13:00      Thomas Genova, Trustee,    1136 Route 9,
              Wappingers Falls, NY 12590-4905
ust         +E-mail/Text: ustpregion02.pk.ecf@usdoj.gov Dec 10 2012 19:17:32      United States Trustee,
              74 Chapel Street,    Albany, NY 12207-2190
5928789     +EDI: MERRICKBANK.COM Dec 10 2012 19:13:00      Advanta Bank Corp,   Po Box 9217,
              Old Bethpage New York 11804-9017
6002025     +E-mail/Text: ebnnotices@ascensioncapitalgroup.com Dec 10 2012 19:15:47
              Ascension Capital Group, Inc.,    Attn: BMW Financial Services NA,,    LLC. Department,
              PO Box 201347,    Arlington, TX 76006-1347
5928786     +EDI: BANKAMER.COM Dec 10 2012 19:13:00      Bank of America,   Po Box 21846,
              Greensboro, NC 27420-1846
5928790     +EDI: TSYS2.COM Dec 10 2012 19:13:00      Barclays Bank,   125 South West Street,
              Wilmington DE 19801-5014
5928784     +EDI: CHASE.COM Dec 10 2012 19:13:00      Chase Bank,   Po Box 15298,   Wilmington DE 19850-5298
5928785     +EDI: CITICORP.COM Dec 10 2012 19:13:00      Citibank,   PO Box 183037,   Columbus OH 43218-3037
5928783     +EDI: DISCOVER.COM Dec 10 2012 19:13:00      Discover Card,   PO Box 6103,
              Carolstream IL 60197-6103
5943130      EDI: RECOVERYCORP.COM Dec 10 2012 19:13:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
5939199      EDI: BL-TOYOTA.COM Dec 10 2012 19:13:00      Toyota Motor Credit Corporation,
              c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5949284*    +NATIONSTAR MORTGAGE LLC,    FEIN, SUCH & CRANE, LLP,    7 CENTURY DRIVE, SUITE 201,
              PARSIPPANY, NEW JERSEY 07054-4673
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0208-4          User: aaustin              Page 2 of 2                  Date Rcvd: Dec 10, 2012
                              Form ID: 131               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2012 at the address(es) listed below:

```
              David   Maho    on behalf of Debtor Arnold Goldenberg mahoenterprises@msn.com
              Hilary B. Bonial    on behalf of Creditor  Nationstar Mortgage notice@bkcylaw.com
              Tammy L. Terrell Benoza    on behalf of Creditor  NATIONSTAR MORTGAGE LLC bankruptcy@feinsuch.com,
               tterrell@feinsuch.com
              Thomas   Genova, Trustee    tom_genmal@optonline.net;tgenova@ecf.epiqsystems.com
              United States Trustee    USTPRegion02.PK.ECF@USDOJ.GOV
              William   Knox    on behalf of Creditor  Bank of America, NA wknox@rosicki.com,
               ecfnotice@rosicki.com
                                                                                             TOTAL: 6
```